

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00615-CR

**EX PARTE** Thomas Edward **CASTILLO**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR11317
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order denying Thomas Edward Castillo's application for writ of habeas corpus is REVERSED and this cause is REMANDED to the trial court with instructions to dismiss Count I and Count II of the indictment in Cause No. 2010CR11317.

SIGNED April 16, 2014.

_____
Karen Angelini, Justice